# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JHEAN MARCO TRAVI CAEBAJAL,

Petitioner,

v.

WARDEN, et al.,

Respondents.

Case No. 2:26-cv-00894-KES-EPG-HC

ORDER DIRECTING RESPONDENTS TO FILE CERTIFICATE OF SERVICE AND SUPPLEMENT RECORD UPON RECEIPT OF FORM I-286

Petitioner is an immigration proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 28, 2026, Respondents filed a response to the petition. (ECF No. 15.) Therein, Respondents state that "DHS now considers Petitioner's detention to be governed by 8 U.S.C. § 1226(a). ERO has further advised that a Form I-286 reflecting Petitioner's custody determination would be served on Petitioner on August 28, 2026. Respondents have not yet received a copy of the Form I-286 and can supplement the record upon receipt if the Court so directs." (ECF No. 15 at 3.)

Additionally, Rule 5 of the Federal Rules of Civil Procedure provides that when a pleading is served by means other than by filing it within the Court's electronic-filing system, "a certificate of service must be filed with it or within a reasonable time after service." Fed. R. Civ. P. 5(d)(1)(B)(i). Further, for motions conventionally served, the Local Rules require that proof of

service "be endorsed upon or affixed to the original of the document when it is lodged or filed" and "shall be under penalty of perjury and shall include the date, manner and place of service." L.R. 135(c). Here, however, no certificate of service was attached to the response, and none has been filed subsequently.

Accordingly, IT IS HEREBY ORDERED that within seven (7) days of the date of service of this order, Respondents SHALL file a certificate of service of the response and a copy of Petitioner's Form I-286.

IT IS SO ORDERED.

Dated: **September 4, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE